UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60237-CIV-DIMITROULEAS

KEVIN CHRISTIAN,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.
_______________________________________/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING MOTION**

THIS CAUSE comes before the Court on Defendant's Motion for Bill of Costs ("Motion") [DE 71] and the Report and Recommendation of Magistrate Patrick M. Hunt (the "Report") [DE 73], issued on October 8, 2026. The Court has reviewed the Motion and the Report, notes that no objections to the Report [DE 73] have been filed and the time for filing such objections has passed, and is otherwise fully advised in the premises.

As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 73] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749–50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 73] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 73] is hereby **ADOPTED** and **APPROVED**;

2. The Motion [DE 71] is **GRANTED** as follows:

   a. Defendant is awarded $405 in filing dees and $884.20 in transcript fees, for a total of $1,289.20 in taxable costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of October, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record